EXHIBIT 1

# STIFEL

## STIFEL PRESTIGE® ACCOUNT STATEMENT

54577 27289 6823 D28423 SNFR4_01  
STIFEL NICOLAUS CUSTODIAN FOR  
GLENDA K BLANKS ROTH IRA  
63 KNOLL WOODS DR  
RUSTBURG   VA   24588-2007



*Your Financial Advisor:*  
RICHARD ROTH  
Telephone: (434)845-1000

*Office Servicing Your Account:*  
2215 LANGHORNE ROAD  
SUITE 100  
LYNCHBURG, VA 24501

**PRIMARY INVESTMENT OBJECTIVE: Growth & Income**  
**RISK TOLERANCE: Moderate Growth**  
For a full definition of this objective and risk tolerance, including the use of margin, please see www.stifel.com, IMPORTANT DISCLOSURES, or contact your Financial Advisor. If you have any questions concerning your investment objective or risk tolerance, or wish to make a change, please contact your Financial Advisor, or the Branch Manager for this office.

**TRADING TAX LOT RELIEF METHOD: First In, First Out**  
**INVESTOR UPDATE**  
This month's Investment Strategist examines how to make the most of your 401(k). If you already contribute to your employer's 401(k) plan, you've taken an important step in planning for your future. If not, you could be missing out, especially if your employer offers a match. For assistance with your 401(k), contact your Stifel Financial Advisor.

**ACCOUNT PROTECTION**  
Stifel, Nicolaus & Company, Incorporated provides up to $150 million of coverage for securities held in client accounts, of which $1.15 million may be in cash deposits. Ask your Financial Advisor for more details.

| YOUR STIFEL ACCOUNT SUMMARY | October 31 | September 30 |
|---|---|---|
| Cash Equivalents ** | 6,500.09 | 6,500.04 |
| Net Portfolio Assets held at Stifel | | |
| Net Portfolio Assets not held at Stifel | | |
| **Net Portfolio Value** | **$6,500.09** | **$6,500.04** |

| YOUR CHANGE IN PORTFOLIO VALUE | October 31 | September 30 |
|---|---|---|
| Net Cash Flow (Inflows/Outflows) [2] | | |
| Securities Transferred In/Out | | |
| Income and Distributions | 0.05 | 0.04 |
| Change in Securities Value | | |
| **Net Change in Portfolio Value** | **$0.05** | **$0.04** |

** See Insured Bank Deposit Program Section for additional information.  
[2] Does not include cost or proceeds for buy or sell transactions.

### YOUR ASSET SUMMARY





| | Value on October 31, 2013 ($) | Percentage of your account |
|---|---|---|
| A  Net Cash Equivalents | 6,500.09 | 100.00% |
| Total Assets | $6,500.09 | 100.00% |

A

Thank you for allowing Stifel Nicolaus to serve you. In order to protect your rights, including rights under the Securities Investor Protection Act (SIPA), please promptly report, in writing, any inaccuracies or discrepancies in this account or statement to the Compliance Department of Stifel Nicolaus at the address below. If you have any questions regarding your account or this statement, please contact your Financial Advisor or the Branch Manager for this office. Please refer to the Client Agreement and the enclosed Investment Strategist newsletter for important disclosure information about your account.

Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102



SNC12-1

# STIFEL

STIFEL NICOLAUS CUSTODIAN FOR
GLENDA K BLANKS ROTH IRA

October 1 -
October 31, 2013
Account Number:

Page 2 of 8
LP01 2239-1808

## ASSET SUMMARY

| | Value as of **October 31, 2013** | | | | Gains/(-)Losses | | |
|---|---|---|---|---|---|---|---|
| | At Stifel | Not at Stifel | Total | % of assets * | Unrealized | Realized This Period | Year-to-date |
| Cash | | | | | | | |
| Money Market Funds | 6,500.09 | | 6,500.09 | 100.00% | | | |
| Margin Balance | | | | | | | |
| **A. Net Cash Equivalents** | **$6,500.09** | | **$6,500.09** | **100.00%** | | | |
| B. Equities | | | | | | | |
| C. Preferreds | | | | | | | |
| D. Municipal Bonds | | | | | | | |
| E. Corporate/Gov Bonds | | | | | | | |
| F. Mutual Funds | | | | | | | |
| G. Unit Investment Trusts | | | | | | | |
| H. Insurance Products | | | | | | | |
| I. Alternative Investments | | | | | | | |
| J. Other Investments | | | | | | | |
| **Net Portfolio Assets** | **$0.00** | **$0.00** | **$0.00** | **0.00%** | **$0.00** | **$0.00** | **$0.00** |
| **Net Portfolio Value** | **$6,500.09** | **$0.00** | **$6,500.09** | **100.00%** | **$0.00** | **$0.00** | **$0.00** |

## INCOME & DISTRIBUTION SUMMARY

| | Security Type | Year-to-date | This period |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | | |
| Interest | Tax-Exempt | | |
| | Taxable | 0.09 | 0.05 |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other | | | |
| **Total Income & Distributions** | | **$0.09** | **$0.05** |

## INFORMATION SUMMARY

| | Security Type | Year-to-date | This period |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |

* Please note "% of assets" figures are shown gross of any amounts owed to Stifel and/or net short positions.

# STIFEL

October 1 - October 31, 2013
Account Number: LP01 4348-1956
Page 1 of 8

## STIFEL PRESTIGE® ACCOUNT STATEMENT

54585 27293 6824 D76569 SNFR4_01
STIFEL NICOLAUS CUSTODIAN FOR
DANIEL W BLANKS ROTH IRA
63 KNOLL WOODS DR
RUSTBURG   VA   24588-2007



*Your Financial Advisor:*
RICHARD ROTH
Telephone: (434)845-1000

*Office Servicing Your Account:*
2215 LANGHORNE ROAD
SUITE 100
LYNCHBURG, VA 24501

| YOUR STIFEL ACCOUNT SUMMARY | October 31 | September 30 |
|---|---|---|
| Cash Equivalents ** | 6,500.09 | 6,500.04 |
| Net Portfolio Assets held at Stifel | | |
| Net Portfolio Assets not held at Stifel | | |
| **Net Portfolio Value** | **$6,500.09** | **$6,500.04** |
| YOUR CHANGE IN PORTFOLIO VALUE | October 31 | September 30 |
| Net Cash Flow (Inflows/Outflows) [2] | | |
| Securities Transferred In/Out | | |
| Income and Distributions | 0.05 | 0.04 |
| Change in Securities Value | | |
| **Net Change in Portfolio Value** | **$0.05** | **$0.04** |

** See Insured Bank Deposit Program Section for additional information.
[2] Does not include cost or proceeds for buy or sell transactions.

**PRIMARY INVESTMENT OBJECTIVE: Growth & Income**
**RISK TOLERANCE: Moderate**
For a full definition of this objective and risk tolerance, including the use of margin, please see www.stifel.com, IMPORTANT DISCLOSURES, or contact your Financial Advisor. If you have any questions concerning your investment objective or risk tolerance, or wish to make a change, please contact your Financial Advisor, or the Branch Manager for this office.

**YOUR ASSET SUMMARY**

**TRADING TAX LOT RELIEF METHOD: First In, First Out**
**INVESTOR UPDATE**
This month's Investment Strategist examines how to make the most of your 401(k). If you already contribute to your employer's 401(k) plan, you've taken an important step in planning for your future. If not, you could be missing out, especially if your employer offers a match. For assistance with your 401(k), contact your Stifel Financial Advisor.

**ACCOUNT PROTECTION**
Stifel, Nicolaus & Company, Incorporated provides up to $150 million of coverage for securities held in client accounts, of which $1.15 million may be in cash deposits. Ask your Financial Advisor for more details.

| | Value on October 31, 2013 ($) | Percentage of your account |
|---|---|---|
| A  Net Cash Equivalents | 6,500.09 | 100.00% |
| Total Assets | $6,500.09 | 100.00% |





A

Thank you for allowing Stifel Nicolaus to serve you. In order to protect your rights, including rights under the Securities Investor Protection Act (SIPA), please promptly report, in writing, any inaccuracies or discrepancies in this account or statement to the Compliance Department of Stifel Nicolaus at the address below. If you have any questions regarding your account or this statement, please contact your Financial Advisor or the Branch Manager for this office. Please refer to the Client Agreement and the enclosed Investment Strategist newsletter for important disclosure information about your account.



SNC12

# STIFEL

STIFEL NICOLAUS CUSTODIAN FOR
DANIEL W BLANKS ROTH IRA

October 1 -
October 31, 2013
Account Number:

Page 2 of 8
LP01 4348-1956

## ASSET SUMMARY

| | Value as of October 31, 2013 | | | | Gains/(-)Losses | | |
|---|---|---|---|---|---|---|---|
| | At Stifel | Not at Stifel | Total | % of assets * | Unrealized | Realized This Period | Year-to-date |
| Cash | | | | | | | |
| Money Market Funds | 6,500.09 | | 6,500.09 | 100.00% | | | |
| Margin Balance | | | | | | | |
| **A. Net Cash Equivalents** | **$6,500.09** | | **$6,500.09** | **100.00%** | | | |
| B. Equities | | | | | | | |
| C. Preferreds | | | | | | | |
| D. Municipal Bonds | | | | | | | |
| E. Corporate/Gov Bonds | | | | | | | |
| F. Mutual Funds | | | | | | | |
| G. Unit Investment Trusts | | | | | | | |
| H. Insurance Products | | | | | | | |
| I. Alternative Investments | | | | | | | |
| J. Other Investments | | | | | | | |
| **Net Portfolio Assets** | **$0.00** | **$0.00** | **$0.00** | **0.00%** | **$0.00** | **$0.00** | **$0.00** |
| **Net Portfolio Value** | **$6,500.09** | **$0.00** | **$6,500.09** | **100.00%** | **$0.00** | **$0.00** | **$0.00** |

## INCOME & DISTRIBUTION SUMMARY

| | Security Type | Year-to-date | This period |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | | |
| Interest | Tax-Exempt | | |
| | Taxable | 0.09 | 0.05 |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other | | | |
| **Total Income & Distributions** | | **$0.09** | **$0.05** |

## INFORMATION SUMMARY

| | Security Type | Year-to-date | This period |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |

* Please note "% of assets" figures are shown gross of any amounts owed to Stifel and/or net short positions.